IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00865-BNB

ABDULSHAHID AL-MUHAIMIN,

    Plaintiff,

v.

DAVID B. BERKEIBLE, Warden,
MR. LINCOLN, DHO, and
ERIC HOLDER, JR., Trustee/Warden,

    Defendants.

---

## ORDER OF DISMISSAL

    Plaintiff, Abdulshahid Al-Muhaimin, is a prisoner in the custody of the Federal Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado.  He submitted *pro se* a notice of removal (ECF No. 1).

    The Court reviewed the document and determined it was deficient.  Therefore, on April 4, 2013, Magistrate Judge Boyd N. Boland entered an order (ECF No. 3) directing Mr. Al-Muhaimin to cure certain enumerated deficiencies in the case within thirty days if he wished to pursue his claims.

    The April 4 order pointed out that Mr. Al-Muhaimin failed to submit either the $350.00 filing fee or a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the proper, Court-approved form, i.e., the current form revised October 1, 2012, with an authorization and certificate of prison official, together with a

certified copy of his trust fund account statement for the six-month period immediately preceding this filing obtained from the appropriate prison official. The April 4 order also pointed out that Mr. Al-Muhaimin failed to submit a Prisoner Complaint on the proper, Court-approved form. The order directed him to obtain, with the assistance of his case manager or the facility's legal assistant, the Court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. The April 4 order warned Mr. Al-Muhaimin that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice.

Mr. Al-Muhaimin has failed to cure the designated deficiencies within the time allowed or otherwise to communicate with the Court in any way. Therefore, the action will be dismissed without prejudice for Mr. Al-Muhaimin's failure to cure the designated deficiencies as directed within the time allowed, and for his failure to prosecute.

Finally, the Court certifies pursuant to § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Al-Muhaimin files a notice of appeal he also must pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Abdulshahid Al-Muhaimin, within the time allowed, to cure all the deficiencies designated in the order to cure of April 4, 2013, and for his failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.  It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this  14th  day of    May   , 2013.

BY THE COURT:

   s/Lewis T. Babcock   
LEWIS T. BABCOCK
Senior Judge, United States District Court