IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00865-LTB

ABDULSHAHID AL-MUHAIMIN,

    Plaintiff,

v.

DAVID B. BERKEIBLE, Warden,
MR. LINCOLN, DHO, and
ERIC HOLDER, JR., Trustee/Warden,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 14, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 14 day of May, 2013.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/E. Van Alphen
                          Deputy Clerk